

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Lauren.Bielskie@usdoj.gov | Order Filed on February 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Richard Halley,<br><br>Debtor. | Case No.: 18-15323 (CMG)<br><br>Chapter 11<br><br>Hearing Date: February 5, 2019<br><br>Judge: Hon. Christine M. Gravelle |

**ORDER GRANTING MOTION BY THE ACTING UNITED STATES TRUSTEE UNDER 11 U.S.C. § 1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7, OR, IN THE ALTERNATIVE, DISMISSING CASE**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

......

**DATED: February 15, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Richard Halley

Chapter 11, Case No.: 18-15323 (CMG)

**Order Granting Motion by the Acting United States Trustee Under 11 U.S.C. § 1112(b) for an Order Converting Case to Chapter 7, or, in the Alternative, Dismissing Case**

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the Debtor and his counsel, and the Debtor, by and through counsel, having filed a Letter with the Court, at Docket No. 49, requesting dismissal, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby

**ORDERED** that the *Motion by the Acting United States Trustee Under 11 U.S.C. § 1112(b) for an Order Converting Case to Chapter 7, or, in the Alternative, Dismissing Case* is GRANTED as set forth herein:

1. The above-captioned case, Richard Halley, Case No. 18-15323 (CMG), shall be converted to a case under Chapter 7 on March 5, 2019, unless, prior to that date, the Debtor amends all previously filed Monthly Operating Reports ("MORs") to conform to the reporting requirements, and files all outstanding MORs due and owing as of March 5, 2019, which shall also conform to the reporting requirements.

2. If, prior to March 5, 2019, the Debtor amends all previously filed MORs to conform to the reporting requirements, and files all outstanding MORs due and owing as of March 5, 2019, that conform to the reporting requirements, then the above-captioned case shall instead be dismissed.

(Page 3)

Richard Halley

Chapter 11, Case No.: 18-15323 (CMG)

**Order Granting Motion by the Acting United States Trustee Under 11 U.S.C. § 1112(b) for an Order Converting Case to Chapter 7, or, in the Alternative, Dismissing Case**

3. On March 5, 2019, at 2:00 p.m., counsel for the United States Trustee shall appear at a hearing to advise the Court if there are any outstanding MORs or deficiencies with the MORs. If counsel for the U.S. Trustee reports outstanding MORs or deficiencies with the MORs, the Court shall enter an Order converting the case to chapter 7. If counsel for the U.S. Trustee reports all MORs are filed with no deficiencies, then the Court shall enter an Order dismissing the case.