| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Lauren.Bielskie@usdoj.gov | Order Filed on February 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Richard Halley,<br><br>Debtor. | Case No.: 18-15323 (CMG)<br><br>Chapter 11<br><br>Hearing Date: February 5, 2019<br><br>Judge: Hon. Christine M. Gravelle |

**ORDER GRANTING MOTION BY THE ACTING UNITED STATES TRUSTEE UNDER 11 U.S.C. § 1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7, OR, IN THE ALTERNATIVE, DISMISSING CASE**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

......

**DATED: February 15, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Richard Halley

Chapter 11, Case No.: 18-15323 (CMG)

**Order Granting Motion by the Acting United States Trustee Under 11 U.S.C. § 1112(b) for an Order Converting Case to Chapter 7, or, in the Alternative, Dismissing Case**

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the Debtor and his counsel, and the Debtor, by and through counsel, having filed a Letter with the Court, at Docket No. 49, requesting dismissal, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby

**ORDERED** that the *Motion by the Acting United States Trustee Under 11 U.S.C. § 1112(b) for an Order Converting Case to Chapter 7, or, in the Alternative, Dismissing Case* is GRANTED as set forth herein:

1. The above-captioned case, Richard Halley, Case No. 18-15323 (CMG), shall be converted to a case under Chapter 7 on March 5, 2019, unless, prior to that date, the Debtor amends all previously filed Monthly Operating Reports ("MORs") to conform to the reporting requirements, and files all outstanding MORs due and owing as of March 5, 2019, which shall also conform to the reporting requirements.

2. If, prior to March 5, 2019, the Debtor amends all previously filed MORs to conform to the reporting requirements, and files all outstanding MORs due and owing as of March 5, 2019, that conform to the reporting requirements, then the above-captioned case shall instead be dismissed.

**(Page 3)**

Richard Halley

Chapter 11, Case No.: 18-15323 (CMG)

**Order Granting Motion by the Acting United States Trustee Under 11 U.S.C. § 1112(b) for an Order Converting Case to Chapter 7, or, in the Alternative, Dismissing Case**

    3.  On March 5, 2019, at 2:00 p.m., counsel for the United States Trustee shall appear at a hearing to advise the Court if there are any outstanding MORs or deficiencies with the MORs. If counsel for the U.S. Trustee reports outstanding MORs or deficiencies with the MORs, the Court shall enter an Order converting the case to chapter 7. If counsel for the U.S. Trustee reports all MORs are filed with no deficiencies, then the Court shall enter an Order dismissing the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Halley  
    Debtor

Case No. 18-15323-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db           #+Richard Halley,    662 Wilbur Avenue,    Phillipsburg, NJ 08865-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:

         Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-1,ASSET-BACKED CERTIFICATES, SERIES 2005-1 ajennings@rasflaw.com  
         Brian E Caine    on behalf of Creditor    Bosco Credit II, LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Craig Scott Keiser    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE craig.keiser@phelanhallinan.com  
         Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
         Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com  
         Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
         Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyefile@rasflaw.com  
         Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Nicholas V. Rogers    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
         Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP dnj@pbslaw.org  
         Tomas Espinosa    on behalf of Debtor Richard Halley te@lawespinosa.com, attespinosalawfirm@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                           TOTAL: 15