| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Jeffrey M. Sponder, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Email:  jeffrey.m.sponder@usdoj.gov | **Order Filed on March 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Richard Halley,<br><br>Debtor. | Case No.: 18-15323 (CMG)<br><br>Chapter 11<br><br>Hearing Date: December 18, 2018 @ 2pm<br><br>Judge: Christine M. Gravelle |

### ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby

**ORDERED**.

**DATED: March 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Richard Halley

Chapter 11 Case No.: 18-15323 (CMG)

**Order Converting Case to Chapter 7**

---

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the Debtor and its counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Richard Halley, Case No. 18-15323 (CMG), is converted to a case under Chapter 7.