UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Halley,

Debtor.

Case No.: 18-15323 (CMG)

Chapter 11

Hearing Date: December 18, 2018 @ 2pm

Judge: Christine M. Gravelle

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby

**ORDERED**.

**DATED: March 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Richard Halley

Chapter 11 Case No.: 18-15323 (CMG)

**Order Converting Case to Chapter 7**

___

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the Debtor and its counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Richard Halley, Case No. 18-15323 (CMG), is converted to a case under Chapter 7.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-15323-CMG
Richard Halley                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1            Date Rcvd: Mar 06, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db             #+Richard Halley,    662 Wilbur Avenue,    Phillipsburg, NJ 08865-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-1,ASSET-BACKED CERTIFICATES, SERIES 2005-1
               ajennings@rasflaw.com
              Brian E Caine    on behalf of Creditor   Bosco Credit II, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Craig Scott Keiser    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP dnj@pbslaw.org
              Tomas Espinosa    on behalf of Debtor Richard  Halley te@lawespinosa.com,
               attespinosalawfirm@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 15