```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
```
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF10 MASTER PARTICIPATION
TRUST BY CALIBER HOME LOANS,
INC., as its attorney in fact
R.A. LEBRON, ESQ.
VER899
bankruptcy@feinsuch.com
```

**Order Filed on May 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:  18-15323 CMG |
| RICHARD HALLEY | Hearing Date: April 30, 2019 |
| Debtor(s). | Judge:  Honorable Christine M. Gravelle |
| | Chapter:   7 |

Recommended Local Form ☒ Followed ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**

**DATED: May 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., as its attorney in fact, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

344 CENTER STREET, PHILLIPSBURG, NEW JERSEY 08865.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy

Code.

The Movant shall serve this Order on the Debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Richard Halley
    Debtor

Case No. 18-15323-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 01, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
db          #+Richard Halley,    662 Wilbur Avenue,    Phillipsburg, NJ 08865-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
        Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
        TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-1,ASSET-BACKED CERTIFICATES, SERIES 2005-1
        ajennings@rasflaw.com
        Brian E Caine    on behalf of Creditor    Bosco Credit II, LLC bcaine@parkermccay.com,
        BKcourtnotices@parkermccay.com
        Craig Scott Keiser    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
        NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE craig.keiser@phelanhallinan.com
        Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
        eamonn.ohagan@usdoj.gov
        Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
        2016 SC6 Title Trust bk@rgalegal.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
        jeffrey.m.sponder@usdoj.gov
        Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
        bkyefile@rasflaw.com
        Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
        bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
        Nicholas V. Rogers    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
        NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE nj.bkecf@fedphe.com
        R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
        PARTICIPATION TRUST By Caliber Home Loans, Inc., as its attorney in fact bankruptcy@feinsuch.com
        Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP dnj@pbslaw.org
        Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
        Tomas Espinosa    on behalf of Debtor Richard  Halley te@lawespinosa.com,
        attespinosalawfirm@gmail.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                          TOTAL: 18