Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

In Re:

HALLEY, RICHARD,

Debtor.

Case No. 18-15323

Judge: CMG

Chapter: 7

## CONSENT ORDER EXTENDING DEADLINES

The relief set forth on the following page is hereby ORDERED

**DATED: May 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Halley, Richard
Case No: 18-15323 (CMG)
Caption of Order: Consent Order Extending Deadlines

Debtor, by and through counsel, agree that the deadline by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Sections 707(a) or 707(b), or for the filing of a motion objecting to exemptions, is extended to August 30, 2019.

/s/Thomas J. Orr
Trustee

Dated: 5-21-19

/s/Tomas Espinosa
Attorney for Debtor

Dated: 5-21-19