**Order Filed on July 2, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/3162
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
Attorney for Secured Creditor,
US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust

RICHARD HALLEY,
xxx-xx-9038

Debtor.

Case No.:    18-15323
Chapter:     7
Judge:       CMG

Hearing Date: 7/2/19 @ 10:00 a.m.

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 2, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Richard Halley
Case No: 18-15323
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the motion of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

**302 Beers Street, Lopatcong Township, New Jersey 08865.**

It is further ORDERED that the movant may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.