Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15323−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Halley
   662 Wilbur Avenue
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−9038

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/30/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 30, 2019
JAN: dmi

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-15323-CMG
Richard Halley                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Jul 30, 2019
                             Form ID: 148             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
```
db             #+Richard Halley,    662 Wilbur Avenue,    Phillipsburg, NJ 08865-3364
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                  6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
cr              +MTGLQ INVESTORS, L.P.,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
cr              +MTGLQ Investors, LP,    14643 Dallas Parkway,    Suite 750,    Dallas, TX 75254-8884
cr              +PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NA,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                  New York, NY 10004-1734
517395709      +B&B Funding, LLC,    1055 Parsippany Blvd.,    Suite 200,    Parsippany, NJ 07054-1272
517528300      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    NATIONSTAR MORTGAGE,LLC D/B/A MR.COOPER,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 619096,    DALLAS, TX 75261-9096
517547685      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Attn: Cashiering Department,
                 1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517395710       DiTech,   P.O. Box 7169,    Pasadena, CA 91109-7169
517894949      +Glia Group LLC,    1662 East 24 St.,    Brooklyn, NY 11229-2402
517395713      +Mary Ann Baurkot,    1211 Park Avenue,    Phillipsburg, NJ 08865-4431
517395714      +Mr. Cooper,   8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517548900       Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    POB 24605,
                 West Palm Beach, FL 33416-4605
517395715       Ocwen Loan Servicing, LLC,    P.O. BOX 24738,    West Palm Beach, FL 33416-4738
517395716      +Rushmore Loan Management Service,    P.O .Box 52708,    Irvine, CA 92619-2708
517548899      +Rushmore Loan Management Services,    POB 55004,    Irvine, CA 92619-5004
517410763     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517395718      +State of New Jersey,    Division of Taxation,    Revenue Processing Center,    P.O. Box 111,
                 Trenton, NJ 08645-0111
517809214      +U.S. Bank Trust, N.A.,,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517809215      +U.S. Bank Trust, N.A.,,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134,    U.S. Bank Trust, N.A.,,    Caliber Home Loans, Inc. 73134-2500
517547395      +US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
                 c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QTJORR.COM Jul 31 2019 03:13:00      Thomas Orr,    Law Office of Thomas J. Orr,
                 321 High Street,    Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 23:39:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 23:39:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Jul 31 2019 03:13:00      United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
517550176       E-mail/Text: bankruptcynotice@franklincredit.com Jul 30 2019 23:39:29
                 Deutsche Bank National Trust Company, as certifica,    c/o Franklin Credit Management Corp.,
                 P.O. Box 5147,    Carol Stream, IL 60197-5147
517466440       E-mail/Text: bankruptcy.bnc@ditech.com Jul 30 2019 23:39:34
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517395711       E-mail/Text: bankruptcynotice@franklincredit.com Jul 30 2019 23:39:29
                 Franklin Credit Management Corp.,    P.O. Box 2301,    Jersey City, NJ 07303
517557994      +E-mail/Text: bkteam@selenefinance.com Jul 30 2019 23:39:19      MTGLQ Investors, L.P.,
                 c/o Selene Finance LP,    9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
517395717      +E-mail/Text: bkteam@selenefinance.com Jul 30 2019 23:39:19      Selene Finance, LP,
                 9990 Richmond Avenue,    Suite 40,    Houston, TX 77042-4559
518189997      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 23:39:49      United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
517541620      +EDI: AIS.COM Jul 31 2019 03:13:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*            +Thomas Orr,    Law Office of Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
517411808*       Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
517806788*       IRS,    POB 7346,    Philadelphia, PA 19101-7346
517395712*       Internal Revenue Service,    P.O. Box  744,    Springfield, NJ 07081
                                                                                        TOTALS: 0, * 4, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jul 30, 2019
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:

              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-1,ASSET-BACKED CERTIFICATES, SERIES 2005-1
               ajennings@rasflaw.com
              Brian E Caine    on behalf of Creditor    Bosco Credit II, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Craig Scott Keiser    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, Inc., as its attorney in fact bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP dnj@pbslaw.org
              Shauna M Deluca    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               BCAP TRUST LLC 2007-AA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA2 sdeluca@rasflaw.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              Tomas Espinosa    on behalf of Debtor Richard   Halley te@lawespinosa.com,
               attespinosalawfirm@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 21