UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Trustee

Order Filed on July 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Halley, Richard,

Debtor.

Case No. 18-15323

Hearing Date: July 30, 2019 at 10 AM

Judge: Christine M. Gravelle

# ORDER DISMISSING CASE AND REVOKING DISCHARGE

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 30, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Halley, Richard
Case No. 18-15323 (CMG)
Caption of Order: Dismiss Case and Revoke Discharge

Upon consideration of the Trustee's motion, it is **ORDERED** that the debtor's petition be dismissed and that a discharge (if granted) is revoked.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-15323-CMG
Richard Halley                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1              Date Rcvd: Jul 30, 2019
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db              #+Richard Halley,    662 Wilbur Avenue,    Phillipsburg, NJ 08865-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-1,ASSET-BACKED CERTIFICATES, SERIES 2005-1
               ajennings@rasflaw.com
              Brian E Caine    on behalf of Creditor    Bosco Credit II, LLC bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Craig Scott Keiser    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST By Caliber Home Loans, Inc., as its attorney in fact bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP dnj@pbslaw.org
              Shauna M Deluca    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               BCAP TRUST LLC 2007-AA2 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AA2 sdeluca@rasflaw.com
              Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com,    Torr@ecf.axosfs.com
              Thomas Orr    tom@torrlaw.com,    Torr@ecf.axosfs.com
              Tomas Espinosa    on behalf of Debtor Richard Halley te@lawespinosa.com,
               attespinosalawfirm@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 21